```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
            -v-                                                   :         23-CR-342 (JGLC)
                                                                  :
MARK HENDERSON,                                                   :         SCHEDULING ORDER
                                                                  :
                              Defendant.                          :
                                                                  :
------------------------------------------------------------------X
```

JESSICA G. L. CLARKE, United States District Judge:

    As ORDERED at the status conference held on **September 14, 2023**, Defendant's motion(s), if any, shall be filed by **November 17, 2023**. The Government's response shall be filed by **December 1, 2023**. Defendant's reply shall be filed by **December 8, 2023**.

    Trial in this case is scheduled for **February 26, 2024** at **10:00 a.m.**

    It is hereby ORDERED that any proposed *voir dire*, proposed jury instructions, and proposed verdict forms, as well as any motions *in limine* or trial memoranda, shall be filed by **January 29, 2024**. Any opposition to a motion *in limine* or trial memorandum shall be filed by **February 5, 2024**.

    Also on **January 29, 2024**, in accordance with the Court's Individual Trial Rules and Practices, available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke, the parties shall submit the proposed *voir dire*, proposed jury instructions, and proposed verdict forms by email to the Court (ClarkeNYSDChambers@nysd.uscourts.gov) as Microsoft Word documents. The parties shall also email to the Court and opposing counsel the parties' exhibit list and related requirements in the Court's Individual Rule 1(f).

    It is further ORDERED that the parties appear for a final pretrial conference on **February 12, 2024**, at **10:00 a.m.** in **Courtroom 20C** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. **The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.**

    SO ORDERED.

Dated: September 15, 2023
       New York, New York

                                                      JESSICA G. L. CLARKE
                                                    United States District Judge