# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

March 13, 2026



*By ECF*

Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *United States v. Mark Henderson*, 23 Cr. 342 (JGLC)

Dear Judge Clarke:

Application GRANTED. Mr. Henderson's conditions are temporarily modified to permit travel outside of the jurisdictional limits during the first week of April 2026. All other conditions of bail shall remain in effect. Mr. Henderson shall provide his probation officer with his itinerary and contact information. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 40.

Dated: March 13, 2026
New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

I write on consent of the Probation Office – Officer Angelika Isidro – to respectfully request that the Court permit Mr. Henderson to travel to Jamaica during the first week of April 2026 to attend family funerals. The Government takes no position on the request.

On May 1, 2024, the Court sentenced Mr. Henderson to a term of imprisonment of time served, to be followed by a three-year term of supervised release, with the first six months of that term to be spent on home detention. Mr. Henderson completed the term of home detention, continues to work regularly, and has otherwise been wholly compliant with all of the conditions of supervision. Indeed, Mr. Henderson has been so successful under supervision that he is now on the Probation Office's low intensity caseload, which is reserved for those who have demonstrated exemplary compliance with supervision.

Accordingly, we respectfully request that the Court permit Mr. Henderson to travel to Jamaica in early April to attend family funerals, with the proviso that he submit his itinerary and contact information to his probation officer in advance of travel.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Martin S. Cohen
Ass't Federal Defender
Tel.: (646) 588-8317

Cc.     Thomas John Wright, Esq., by ECF
Angelika Isidro, U.S. Probation Officer, by e-mail